# ELECTRONIC RECORD

**860-15**

COA #   05-14-00218-CR          OFFENSE:   CAPITAL MURDER

STYLE:   FRANCIS, JEREMY M.          COUNTY:   Dallas

COA DISPOSITION:   AFFIRM          TRIAL COURT: Criminal District Court 5 of Dallas County

DATE: 06/23/2015          Publish: NO   TC CASE #:   F11-62030-L

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   FRANCIS, JEREMY M. v.          CCA #:   **860-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

DISMISSED AS UNTIMELY          JUDGE: _____

DATE: _____10/28/2015_____          SIGNED: _____     PC: _____

JUDGE: _____Per Curiam_____          PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____